E-FILED
Friday, 10 July, 2026  03:49:47 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

UNITED STATES OF AMERICA                    CASE NO: **26-CR-20033**

**vs.**

CAROL AMMONS,
      Defendant

_____/

## NOTICE OF APPEARANCE

THE CLERK of the COURT, in and for the CENTRAL DISTRICT OF ILLINOIS, will enter appearance of the undersigned attorney, who is authorized to practice in this Court, for the Defendant in the above-styled case.

    Respectfully submitted,

    /s/ Mutaqee Akbar

    _____

    MUTAQEE AKBAR
    Florida Bar Number: 819581
    Akbar Thomas, LLC
    619 N. Copeland Street
    Tallahassee, FL 32304
    Phone: (850) 383-0000
    Fax: (850) 561-6900

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to the Assistant United States Attorney via e-file this 10th day of July 2026.

    /s/ Mutaqee Akbar

    _____

    MUTAQEE AKBAR