E-FILED
Friday, 10 July, 2026  05:53:24 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 2026-cr-20033 |
| | ) | |
| CAROL AMMONS and | ) | |
| AARON AMMONS, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

NOW COMES Angela J. Reaney of Reaney Law Office LLC and enters her appearance

for Defendant Carol Ammons.


DATED: July 10, 2026                    /s/ Angela J. Reaney
                                        Angela J. Reaney
                                        Attorney for Carol Ammons



Angela J. Reaney
Reaney Law Office
P.O. Box 207
Christopher, IL 62822
(618) 713-6258
areaney@reaneylaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 10, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

/s/ Angela J. Reaney
ANGELA J. REANEY