E-FILED
Monday, 24 August, 2026 11:53:55 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT
OF ILLINOIS URBANA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 2026-CR-20033** |
| | ) | |
| **CAROL AMMONS and AARON AMMONS,** | ) | |
| **Defendant.** | ) | |

**<u>SECOND MOTION TO CONTINUE</u>**

**NOW COMES** the Defendant, AARON AMMONS, by his Attorney, J. STEVEN BECKETT, STEVE BECKETT LAW OFFICE, LLC., and for his Second Motion to Continue, states as follows:

1. On August 17, 2026, the Defendant filed his Motion to Continue in this case.

2. On August 19, 2026, Magistrate Judge Long entered an order granting the Motion to Continue setting a pretrial hearing date for November 3, 2026 and a trial date of November 17, 2026.

3. Defendant Aaron Ammons is the County Clerk for Champaign County, Illinois and has the duties and responsibilities of that office.

4. November 3, 2026 is the election date for Federal and Illinois State elections for which Defendant Ammons has complete responsibility for overseeing and ensuring the proper functioning of the vote in Champaign County, Illinois.

5. November 17, 2026 is the date by which all election ballots must be counted, including provisional ballots cast on election day, absentee ballots and mail-in ballots, all of which have been submitted in accordance with Illinois election laws and Federal election law.

Defendant Ammons has complete day-to-day responsibility for the functioning of election activities as required by his duties throughout the election cycle.

6. The dates for pretrial and trial directly conflict with Defendant Ammons' responsibilities as an elected official serving the citizens of Champaign County, and also occur at a time when his ability to work with his counsel to prepare this case is not possible.

7. The current dates should be vacated and new pre-trial and trial dates should be set after November 17, 2026. The court should provide counsel of record an opportunity to notify the court of each counsel's schedule and the needs required to complete investigation and be ready for trial.

8. This continuance request is made in the interest of justice for this case and in the public interest regarding the upcoming election.

**WHEREFORE** the Defendant, AARON AMMONS, prays that the Court vacate the current schedule of pretrial and trial dates of November 3, 2026 and November 17, 2026, respectively, and establish new dates following a hearing with counsel of record, and for such other relief deemed just and appropriate.

Respectfully submitted,
AARON AMMONS, Defendant,

By: */s/ J. Steven Beckett*
J. STEVEN BECKETT, His Attorney

**J. STEVEN BECKETT**
**STEVE BECKETT LAW OFFICE, LLC.**
**ARDC #: 0151580**
508 South Broadway
Urbana IL 61801
(217) 328-0263; (217) 328-0290 FAX
E-mails: steve@stevebeckettllc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2026, I electronically filed a ***Second Motion to Continue*** with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Eugene Miller, Assistant U.S. Attorney - 201 South Vine Street, Urbana, IL**
**Attorney Mutaqee Akbar - 619 N. Copeland Street, Tallahassee, FL**
**Attorney Angela Reaney - Reaney Law Office LLC, Christopher, IL 62822**

and I hereby certify that on August 24, 2026, I mailed by United States Postal Service, first class postage prepaid and legibly addressed, the document(s) to the following non-registered participants:

**N/A**

Respectfully submitted,

*/s/ J. Steven Beckett*
**J. STEVEN BECKETT**, Counsel for Defendant

**J. STEVEN BECKETT**
**STEVE BECKETT LAW OFFICE, LLC.**
**ARDC #: 0151580**
508 South Broadway
Urbana IL 61801
(217) 328-0263
(217) 328-0290 FAX
E-mails: steve@stevebeckettllc.com