E-FILED
Friday, 28 August, 2026 09:03:40 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 2026-cr-20033 |
| | ) | |
| CAROL AMMONS and<br>AARON AMMONS, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO CONTINUE**

NOW COMES Carol Ammons, by her attorneys Mutaqee Akbar and Angela J. Reaney, and respectfully asks this Court to continue the final pretrial conference and trial dates. In support, Ms. Ammons states as follows:

1. Ms. Ammons filed a motion to continue the final pretrial conference and trial dates on August 17, 2026. The Court granted the motion and set the final pretrial conference for November 3, 2026, and the trial for November 17, 2026, in both co-defendants' cases.

2. On August 24, 2026, co-defendant Aaron Ammons filed a second motion to continue explaining that the new final pretrial and trial dates interfere with his duties as the County Clerk for Champaign County, Illinois, as the Federal and Illinois elections take place on November 3, 2026.

3. Ms. Ammons joins in Mr. Ammons's motion to continue and asks that this Court continue her final pretrial and trial dates to the same date as Aaron Ammons's dates.

WHEREFORE, Defendant Carol Ammons respectfully asks this Court to vacate the November 3, 2026, final pretrial conference and November 17, 2026, trial settings. Ms. Ammons

further asks that this Court set new final pretrial conference and trial dates and grant any other relief the Court deems appropriate.

DATED: August 28, 2026

/s/ Angela J. Reaney
Angela J. Reaney
Mutaqee Akbar
Attorneys for Carol Ammons

Angela J. Reaney
Reaney Law Office
P.O. Box 207
Christopher, IL 62822
(618) 713-6258
areaney@reaneylaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

/s/ Angela J. Reaney
ANGELA J. REANEY