E-FILED
Monday, 14 September, 2026 03:15:04 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

for the
Central District of Illinois

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>CAROL AMMONS and<br>AARON AMMONS,<br>Defendants. | ) | 26-cr-20033 |

## ORDER REGARDING TRIAL DATE

Parties are directed to file a Motion to Continue, Motion for Pretrial Conference, or Motion for Status Conference no later than fourteen (14) days before the scheduled trial date. Failure to file a motion in a timely manner could result in Counsel having to show cause in person for the failure.

A Motion to Continue must state (1) the basis for the continuance as set forth in 18 U.S.C. 3161(h)(7)(A); (2) the length of the requested continuance; (3) whether opposing counsel objects to the continuance; and (4) if filed by Defendant, a representation that defense counsel has conferred with the defendant and defendant agrees with the Motion to Continue.

If a Motion for Pretrial Conference is filed, it indicates to the Court both parties are prepared to move forward on the set trial date. A Final Pretrial Conference will be set. Parties are directed to review the Standing Trial Order for pretrial filing deadlines.

Parties are directed to file a Motion for Status Conference if they believe the case will proceed to trial but not on the scheduled trial date. At the Status Conference, one or both parties will be required to orally move to continue the scheduled trial date. The scheduled trial date will be a firm date.

ENTERED: 9/14/2026

s/Colleen R. Lawless
COLLEEN R. LAWLESS
UNITED STATES DISTRICT JUDGE