E-FILED
Monday, 16 November, 2026 12:11:30 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS URBANA DIVISION**

UNITED STATES OF AMERICA CASE NO: **26-CR-20033**

**vs.**

CAROL AMMONS,
Defendant
______________________________________/

**MOTION FOR CONTINUANCE**

COMES NOW the Defendant, CAROL AMMONS, by the undersigned counsel and moves the Court for the entry of an Order continuing this case upon the grounds that:

1. This case is set for trial on December 7, 2026.

2. Undersigned counsel filed a Motion to Dismiss on October 23, 2026 and a response received by the Government on November 6, 2026.

3. The motion is still pending before this court.

4. There is a significant amount of discovery that undersigned counsel is still reviewing.

5. Ms. Ammons joins in co-defendant's, Aaron Ammons, motion to continue and asks that this Court continue her final pretrial and trial dates to the same date as Aaron Ammons's dates.

6. Ms. Ammons waives any speedy trial rights.

7. This requested continuance is sought in the interest of justice and not for

purpose of delay.

WHEREFORE, Defendant requests this Court to grant a continuance.

**CERTIFICATE OF GOOD FAITH**

I HEREBY CERTIFY that this Motion is made in good faith and not for the purpose of delay nor for any other improper purpose.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy has been furnished by electronic delivery to Eugene Miller, Assistant United States Attorney, on November 16, 2026.

/s/ Mutaqee Akbar
Mutaqee Akbar
Akbar Thomas
619 N. Copeland St.
Tallahassee, FL 32304
850.383.0000
Florida Bar Number: 819581